United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

FRANCIS J. BEASLEY, individually, and
as the son of Floyd J. Beasley, and as the
Executor of the Estate of Floyd J. Beasley,
    Plaintiff,
                V.

JUDGMENT IN A CIVIL CASE

SSC NEWPORT OPERATING COMPANY,
d/b/a Newport Health and Rehabilitation Center,
    Defendant.

CASE NUMBER: 2:11-CV-127

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Defendant, SSC Newport Operating Company, did not breach the applicable standard of care for nursing homes in Newport, Tennessee or similar community in December 2009 with regard to the Floyd Beasley. The Plaintiff, Francis J. Beasley, is not entitled to recover any damages from the Defendant, SSC Newport Operating Company, and shall therefore take nothing from the Defendant.

| | |
|---|---|
|    November 7, 2014 | Debra C. Poplin, Clerk |
| Date | |
| | By  s/ Jason Huffaker,   Deputy Clerk |